1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  Rosemary Dominguez

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No.  1:18-po-00134-SAB

12              Plaintiff,                STIPULATION AND ORDER TO CONTINUE
                                          DEFENDANT'S MOTION TO SUPPRESS
13  vs.
                                          DATE:   May 2, 2019
14  ROSEMARY DOMINGUEZ,                   TIME:   10:00 a.m.
                                          JUDGE: Hon. Stanley A. Boone
15              Defendant.

16

17

18       IT IS HEREBY STIPULATED by and between the parties hereto, through their

19  respective counsel, that defendant's motion to suppress in the above-captioned matter now set for

20  April 11, 2019, may be continued to May 2, 2019, at 10:00 a.m. for further motions hearing.

21       Original counsel for the defendant, Hope Alley, who filed the motion on Ms.

22  Dominguez's behalf, is no longer with the federal defender's office.  Subsequent counsel for Ms.

23  Dominguez believes there is a need for some additional investigation to be completed prior to

24  argument on the motion.  The government has no objection to the defense's requested date.

25       As this is a Class B misdemeanor, no exclusion of time is necessary under the Speedy

26  Trial Act.

27  ///

28  ///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | McGREGOR SCOTT<br>United States Attorney |
| DATED:  April 5, 2019 | */s/ Michael Tierney*<br>MICHAEL TIERNEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED:  April 5, 2019 | */s/ Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Rosemary Dominguez |

**O R D E R**

This matter is continued from April 11, 2019 to May 2, 2019 at 10:00 am.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **April 8, 2019**

UNITED STATES MAGISTRATE JUDGE