|   |   |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: 559-487-5561/Fax: 559-487-5950 |

Attorneys for Defendant
Rosemary Dominguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:18-po-00134-SAB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SCHEDULE STATUS CONFERENCE AND VACATE BRIEFING SCHEDULE |
| vs. |  |
| ROSEMARY DOMINGUEZ, |  |
| Defendant. | DATE:  June 6, 2019<br>TIME:    10:00 a.m.<br>JUDGE:  Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for June 27, 2019, for further hearing on Defendant's motion to suppress, as well as the current briefing schedule, be vacated.  Instead, the parties request this matter be calendared for a status conference on June 6, 2019 at 10:00 a.m. for a change of plea as the parties have a reached a resolution on the case.

As this is a Class B misdemeanor violation, no exclusion of time is necessary under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | McGREGOR SCOTT<br>United States Attorney |

DATED: May 23, 2019      By:   /s/ *Vincente Tennerelli*
                               VINCENTE TENNERELLI
                               Assistant United States Attorney
                               Attorney for Plaintiff

                               HEATHER E. WILLIAMS
                               Federal Defender

DATED: May 23, 2019      By:   /s/ *Charles J. Lee*
                               CHARLES J. LEE
                               Assistant Federal Defender
                               Attorneys for Defendant
                               Rosemary Dominguez

**O R D E R**

IT IS SO ORDERED that the status conference in the above-entitled case shall be calendared for June 6, 2019 at 10:00 a.m. All other court dates and the briefing schedule shall be vacated.

IT IS SO ORDERED.

Dated:   **May 23, 2019**

UNITED STATES MAGISTRATE JUDGE