| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, #304781 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | ROSEMARY DOMINGUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00137-DAD |
|---|---|
| Plaintiff, | STIPULATION TO ESTABLISH BRIEFING SCHEDULE FOR APPEAL OF MAGISTRATE JUDGE DECISION; ORDER |
| vs. | |
| ROSEMARY DOMINGUEZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Vincente Antonio Tennerelli, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Rosemary Dominguez, that the Court may set the following briefing schedule for Ms. Dominguez's appeal of the magistrate judge's decision: opening brief due September 30, 2019; answering brief due November 14, 2019; and the optional reply brief due December 5, 2019.

///

///

///

///

///

///

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | MCGREGOR W. SCOTT<br>United States Attorney |
| Date: July 12, 2019 | | */s/ Vincent Antonio Tannerelli*<br>VINCENTE ANTONIO TANNERELLI<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: July 12, 2019 | | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>ROSEMARY DOMINGUEZ |

## **O R D E R**

The Court hereby sets the following briefing schedule for defendant Rosemary Dominguez's appeal of the magistrate judge's decision: opening brief due September 30, 2019; answering brief due November 14, 2019; and the optional reply brief due December 5, 2019.

IT IS SO ORDERED.

Dated: **July 15, 2019**

UNITED STATES DISTRICT JUDGE