| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | ERIN SNIDER, #304781<br>Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561<br>Fax: (559) 487-5950 |
| 5 | |
| 6 | Attorney for Defendant<br>ROSEMARY DOMINGUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSEMARY DOMINGUEZ,<br><br>Defendant. | Case No. 1:19-cr-00137-DAD<br><br>STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Vincente Antonio Tennerelli, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Rosemary Dominguez, that the Court may modify the briefing schedule for Ms. Dominguez's appeal as follows: opening brief due October 4, 2019; answering brief due November 19, 2019; and optional reply brief due December 10, 2019.

Defense counsel seeks this modification of the briefing schedule because she just completed a three-week trial and has had insufficient time to review the record and prepare the opening brief. The government has no objection.

/ / /

/ / /

/ / /

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: September 30, 2019
*/s/ Vincent Antonio Tannerelli*
VINCENTE ANTONIO TANNERELLI
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 30, 2019
*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ROSEMARY DOMINGUEZ

## **O R D E R**

The Court hereby modifies the briefing schedule for Rosemary Dominguez's appeal as follows: opening brief due October 4, 2019; answering brief due November 19, 2019; and optional reply brief due December 10, 2019.

IT IS SO ORDERED.

Dated: **September 30, 2019**

UNITED STATES DISTRICT JUDGE